**Anthony DOVE, Plaintiff–Appellant,**

v.

**LENOIR COUNTY SHERIFF'S DEPARTMENT; Christopher Hill, Detective; Branson Vickory, District Attorney for District Eight; Imelda Pate, Assistant District Attorney for District Eight A; Kinston Free Press, Defendants–Appellees.**

No. 02–7805.

United States Court of Appeals, Fourth Circuit.

Submitted April 1, 2003.

Decided April 17, 2003.

Anthony Dove, Appellant Pro Se. Mark Allen Davis, Womble, Carlyle, Sandridge & Rice, Raleigh, North Carolina; David J. Adinolfi, II, Assistant Attorney General, Raleigh, North Carolina; Julia Furr Youngman, Ellis & Winters, L.L.P., Raleigh, North Carolina; John Adam Bussian, III, The Bussian Law Firm, P.L.L.C., Raleigh, North Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony Dove appeals the district court's order denying relief on his complaint under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dove v. Lenoir County Sheriff's Dep't,* No. CA–02–33–4–H (E.D.N.C. Oct. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*